An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ERIBERTO ROQUE-SANCHEZ,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63219

**FILED**

SEP 19 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a district court order denying appellant's motion to withdraw his guilty plea. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant's counsel has filed a motion to voluntarily withdraw this appeal and a supplement to the motion. Counsel has provided this court with an affidavit in which counsel advises this court that he has informed appellant that he does "not have a strong likelihood of success on appeal" and that he does not "believe [appellant's] current conviction will be an impediment to obtaining relief from deportation." Counsel states that "we have agreed to withdraw the appeal of the district court determination denying [appellant's] motion to withdraw plea." Because counsel represents that appellant wishes to voluntarily dismiss this appeal, we grant the motion and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-27856

cc: Hon. James E. Wilson, District Judge
Ian E. Silverberg
Eriberto Roque-Sanchez
Attorney General/Carson City
Carson City District Attorney
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A